| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Byrd v. State | 49A05–1610–CR–2358 | 03/28/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Green Fields Ltd. v. Hancock County ex rel. Board of Commissioners of Hancock County | 29A04–1607–PL–1649 | 03/29/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Parkinson v. Parkinson | 79A05–1607–TR–1653 | 03/29/2017 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Swank v. State | 71A03–1606–CR–1395 | 03/29/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Ortiz v. State | 20A03–1606–CR–1458 | 03/29/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Aiman v. State | 48A02–1608–CR–1904 | 03/29/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Howard v. State | 90A02–1610–CR–2380 | 03/29/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Keyes v. State | 49A04–1604–CR–828 | 03/29/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Chamberlin v. Chamberlin | 49A02–1607–DR–1670 | 03/29/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Anderson v. Anderson | 02A03–1606–DR–1533 | 03/29/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Weddle v. Perry–Weddle | 49A02–1605–DR–962 | 03/29/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |